UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

GENERAL ELECTRIC CAPITAL CORP.,

    Plaintiff,

v.                                  Case No. 08-C-973

MILES KIMBALL CO.,

    Defendant.

---

**ORDER**

---

This cause coming to be heard on Plaintiff's Motion for Default Judgment, all parties having been given due notice, the Court being fully advised in the premises and having jurisdiction over the parties and subject matter; **IT IS HEREBY FOUND** that Defendant MILES KIMBALL COMPANY is in default for failing to file his appearance, answer, or otherwise plead, after being duly served with process.

**IT IS HEREBY ORDERED** that the motion for default judgment is **GRANTED**:

1. Judgment is to be entered in favor of Plaintiff GENERAL ELECTRIC CAPITAL CORPORATION and against Defendant MILES KIMBALL COMPANY in the amount of $96,810.38, inclusive of attorneys' fees and costs; and

2. Defendant MILES KIMBALL COMPANY shall surrender the equipments owned by GENERAL ELECTRIC CAPITAL CORPORATION within fourteen (14) days of this order.

Dated this __9th__ day of February, 2009.

                                              s/ William C. Griesbach
                                              William C. Griesbach
                                              United States District Judge